**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSE LUIS RANGEL-LEDESMA,<br><br>Petitioner,<br><br>v.<br><br>ERIC H. HOLDER, Jr., Attorney General,<br><br>Respondent. | Nos. 05-71966<br>        05-75104<br><br>Agency No. A076-842-691<br><br>MEMORANDUM[*] |

On Petitions for Review of Orders of the
Board of Immigration Appeals

Submitted September 13, 2010[**]

Before:     SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

In these consolidated petitions for review, Jose Luis Rangel-Ledesma, a

native and citizen of Mexico, petitions for review of the Board of Immigration

Appeals' ("BIA") order dismissing his appeal from an immigration judge's ("IJ")

---

[*]       This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]       The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

removal order, and the BIA's order denying his motion to reopen proceedings based on ineffective assistance of counsel. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen. *Maravilla-Maravilla v. Ashcroft*, 381 F.3d 855, 857 (9th Cir. 2004) (per curiam). We dismiss the petition for review in No. 05-71966, and grant the petition for review in No. 05-75104.

The BIA abused its discretion in determining that Rangel-Ledesma's ineffective assistance of counsel claim was not new and could have been presented during the pendency of the appeal. *See* 8 C.F.R. § 1003.2(c)(1) (evidence must not have been available to be presented "at the former hearing"); *see also Bhasin v. Gonzales*, 423 F.3d 977, 987 (9th Cir. 2005) (explaining that 8 C.F.R. § 1003.2(c)(1) requires that the evidence must not have been available to be presented at the former hearing before the IJ).

We do not address the petition for review in No. 05-71966 in light of our disposition in No. 05-75104.

**IN NO. 05-71966: PETITION FOR REVIEW DISMISSED.**

**IN NO. 05-75104: PETITION FOR REVIEW GRANTED; REMANDED.**